# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| RENE STRANO,<br><br>*Plaintiff,*<br><br>v.<br><br>THE PROCTER & GAMBLE COMPANY,<br><br>*Defendant.* | Case No. 1:24-CV-03195<br><br>The Honorable Nicholas G. Garaufis<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

Plaintiff Rene Strano ("Plaintiff") and Defendant The Procter & Gamble Company ("Defendant"), by and through their undersigned counsel, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate and agree that Plaintiff's claims are dismissed with prejudice, and the claims of the putative class that Plaintiff sought to represent are dismissed without prejudice. Each of Plaintiff and Defendant shall bear their own costs and attorneys' fees and no party will submit a bill of costs.

| Respectfully submitted, | Respectfully submitted, |
|---|---|
| *s/ Adam R. Fox* | *s/ Sue J. Nam* |
| Adam R. Fox<br>**SQUIRE PATTON BOGGS (US) LLP**<br>555 South Flower Street, 31st Floor<br>Los Angeles, CA 90071<br>Telephone: (213) 624-2500<br>adam.fox@squirepb.com<br><br>*Attorneys for Defendant*<br>*The Procter & Gamble Company* | Sue Jung Nam<br>Kate Jeffery Stoia<br>**REESE LLP**<br>100 West 93rd Street, 16th Floor<br>New York, New York 10025<br>Telephone: (212) 643-0500<br>snam@reesellp.com<br>kstoia@reesellp.com<br><br>Spencer Sheehan<br>Angele Aaron<br>Mitchell Domovsky<br>**SHEEHAN & ASSOCIATES, P.C.**<br>spencer@spencersheehan.com<br>60 Cuttermill Rd Ste 412<br>Great Neck, NY 11021<br>Tel: (516) 268-7080<br>spencer@spencersheehan.com<br>aaron@spencersheehan.com<br>mdomovsky@spencersheehan.com |

James Chung
**LAW OFFICES OF JAMES CHUNG**
43-22 216th Street Bayside, NY 11361
Telephone: (718) 461-8808
jchung@77@msn.com

*Attorneys for Plaintiff and the Proposed Class*

**So Ordered.**

s/Nicholas G. Garaufis

_____
**Hon. Nicholas G. Garaufis**
**Date:** 7/23/25